UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 17-00161 NC |
| Plaintiff, | ) ) | ORDER OF DISMISSAL |
| v. | ) ) | |
| TARA JOHNSON, | ) ) | |
| Defendant. | ) ) | |

Leave is granted to the government to dismiss the Information. The Information is hereby ordered dismissed without prejudice.

Dated: October 3, 2017

NATHANAEL COUSINS

GRANTED

Judge Nathanael M. Cousins

ORDER OF DISMISSAL
CR 17-00161 NC